IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHANIE D'AMICO

    Plaintiff

v.

NCB MANAGEMENT SERVICES, INC.

    Defendant

CIVIL CASE NO.: 1:11-CV-02660WDQ

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff by and through her attorneys, Charles A. Gilman and Charles A. Gilman, LLC, hereby dismisses the above-captioned matter, *with prejudice*.

Respectfully submitted,

CHARLES A. GILMAN, L.L.C.

/s/ Charles A. Gilman
Charles A. Gilman
CHARLES A. GILMAN, L.L.C.
108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999

*Attorney for Plaintiff*

"APPROVED"

9/29/11
Date

William D. Quarles, Jr.
United States District Judge